```
                                              FILED
                                         JUDGMENT ENTERED

                                           U.S. District Court
                                        Eastern District of California
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

Eduardo Palacios-Castro,

      Petitioner,

vs.

                                  **JUDGMENT IN A CIVIL ACTION**

                                      1:05-CV-1573 REC
                                      1:03-CR-5456 REC

UNITED STATES OF AMERICA

      Respondent.
_____/

      IT IS HEREBY ORDERED AND ADJUDGED that the motion to vacate, set aside, or correct sentence pursuant to 28 USC 2255 is DENIED; JUDGMENT IS ENTERED ON BEHALF OF RESPONDENT.

DATED:  December 16, 2005

                                            JACK L. WAGNER, Clerk

                              By: /s/ M. Means Rooney
                                      Deputy Clerk