IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PALACIOS-CASTRO,<br><br>             Petitioner,<br><br>       vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent.<br>_____ | No. CV-F-05-1573 REC<br>(No. CR-F-03-5456 REC)<br><br>ORDER DEEMING DOCUMENT 5 FILED ON JANUARY 23, 2006 TO BE NOTICE OF APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY |

   On January 23, 2006, petitioner filed a "Requests from United States District Court to Please Review Response Made To and Appeal Entered on December 12, 2005".  Doc. 5.

   The court deems this pleading to be a Notice of Appeal from the Order denying petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 filed on December 16, 2005 and the Judgment in favor of respondent entered on December 16, 2005.

   The court also deems this pleading to be an application for

1

1 a certificate of appealability.  The court hereby declines to
2 issue a certificate of appealability, the court concluding that
3 petitioner has not made a substantial showing of the denial of a
4 constitutional right with respect to the claims raised in his
5 Section 2255 motion.
6 IT IS SO ORDERED.

**Dated:  February 3, 2006**                    /s/ Robert E. Coyle
668554                                      UNITED STATES DISTRICT JUDGE

2